# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL D. HARDY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and JIM MACDONALD, Warden,<br><br>　　　　Respondents. | NO. CV 07-4468 ABC (FMO)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/10/09

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE